THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILYA VISHEVSKY, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C18-0021-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on email notice from Defendant's counsel that the parties have reached a settlement in this case. Accordingly, the parties are ORDERED to file a stipulated dismissal or a joint status report regarding the parties' progress in finalizing the settlement no later than 30 days from the date this minute order is issued. The Clerk is DIRECTED to statistically close this case.

DATED this 10th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0021-JCC
PAGE - 1